UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District
Council Of Carpenters Pension Fund, Welfare
Fund, Annuity Fund, and Apprenticeship,
Journeyman Retraining, Educational and
Industry Fund, et al.,

                              Petitioners,

                    v.

Hauling Solutions LLC,

                              Respondent.

26-CV-41 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 5, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **February 3, 2026**. Respondent's opposition, if any, is due on **February 24, 2026**. Petitioner's reply, if any, is due **March 3, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **January 14, 2026**.

SO ORDERED.

Dated:  January 7, 2026
        New York, New York

                              DALE E. HO
                              United States District Judge